1 DONALD F. ZIMMER, JR. (State Bar No. 112279)
2 KRISTA L. COSNER (State Bar No. 213338)
  DRINKER BIDDLE & REATH LLP
3 50 Fremont Street, 20th Floor
  San Francisco, California 94105
  Telephone: (415) 591-7500
4 Facsimile: (415) 591-7510

5 Attorneys for Defendant
  SMITHKLINE BEECHAM CORPORATION d/b/a
6 GLAXOSMITHKLINE

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 JAMES DALE SIMS, an individual, and    Case No. CV-08-0364 EDL
   LINDA SIMS, an individual
13                                         **ADMINISTRATIVE MOTION TO
                    Plaintiffs,            CONSIDER WHETHER CASES
14                                         SHOULD BE RELATED
        v.                                 [CIV. L.R. 3-12 and 7-11]**
15
   SMITHKLINE BEECHAM
16 CORPORATION d/b/a
   GLAXOSMITHKLINE,
17
                    Defendant.
18

19

20        Pursuant to Civil L.R. 3-12 and 7-11, Defendants SMITHKLINE BEECHAM

21 CORPORATION d/b/a GLAXOSMITHKLINE, by and through counsel, hereby requests

22 that this action be deemed related to the following actions previously assigned and/or

23 transferred to the Honorable Marilyn H. Patel.  Defendant has or will be requesting

24 transfer to MDL 1871, *In re Avandia Marketing, Sales Practices and Products Liability

25 Litigation*, United States District Court for the Eastern District of Pennsylvania.  Each of

26 the following actions alleges personal and/or economic injuries related to the use of the

27 prescription drug Avandia®:

28        1.    *Bone, Dorothy, et al. v. SmithKline Beecham Corporation d/b/a

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED    CASE NO. CV-08-0364 EDL

1 | *GlaxoSmithKline and McKesson Corporation*, United States District Court for the

2 | Northern District of California, Case No. CV 07 5886 MHP, Judge Marilyn H. Patel;

3 |       2.    *Bowles, Richard v. SmithKline Beecham Corporation d/b/a*

4 | *GlaxoSmithKline and McKesson Corporation*, United States District Court for the

5 | Northern District of California, Case No. CV 07 6328 MHP, Judge Marilyn H. Patel;

6 |       3.    *Fisher, George v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*

7 | *and McKesson Corporation*, United States District Court for the Northern District of

8 | California, Case No. CV 07 5889 MHP, Judge Marilyn H. Patel;

9 |       4.    *Hall, James v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*

10 | *and McKesson Corporation*, United States District Court for the Northern District of

11 | California, Case No. CV 07 5887 MHP, Judge Marilyn H. Patel;

12 |       5.    *Hefner, Rose et al.  v. SmithKline Beecham Corporation d/b/a*

13 | *GlaxoSmithKline and McKesson Corporation;* United States District Court for the

14 | Northern District of California, Case No. CV 07 6050 MHP, Judge Marilyn H. Patel,

15 | request for relation pending;

16 |       6.    *Jefferson, James v. SmithKline Beecham Corporation d/b/a*

17 | *GlaxoSmithKline and McKesson Corporation*, United States District Court for the

18 | Northern District of California, Case No. CV 07 5888 MHP, Judge Marilyn H. Patel;

19 |       7.    *Thornton, Hector v. SmithKline Beecham Corporation d/b/a*

20 | *GlaxoSmithKline and McKesson Corporation*, United States District Court for the

21 | Northern District of California, Case No. CV 07 5890 MHP, Judge Marilyn H. Patel;

22 |       8.    *Upshaw, Ivan v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*

23 | *and McKesson Corporation*, United States District Court for the Northern District of

24 | California, Case No. CV 07 5891 MHP, Judge Marilyn H. Patel.

25 | ///

26 | ///

27 | ///

28 | ///

1      WHEREFORE, Defendant respectfully requests that this case be deemed related

2  for purposes of Civil L.R. 3-12.

3

4

5  Dated: February 6, 2008                          DRINKER BIDDLE & REATH LLP

6                                                   /S/ *Krista L. Cosner*

7                                                   KRISTA L. COSNER

8                                                   Attorneys for Defendant
                                                    SMITHKLINE BEECHAM
9                                                   CORPORATION d/b/a
                                                    GLAXOSMITHKLINE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\395152\1

ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED          CASE NO. CV-08-0364 EDL