**United States District Court**
For the Northern District of California

1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6
7 JAMES DALE SIMS,

        Plaintiff,                        No. C-08-00364 EDL

    v.                                NOTICE OF IMPENDING
                                          REASSIGNMENT TO A UNITED
                                          STATES DISTRICT COURT JUDGE

SMITHKLINE BEECHAM CORPORATION,

        Defendant.
_____/

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

        (2)    One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The CASE MANAGEMENT CONFERENCE previously scheduled for April 22, 2008, at 10:00 a.m. on Magistrate Judge Laporte's calendar will NOT be held.

Dated: February 7, 2008

Richard W. Wieking, Clerk
United States District Court

*/s/ Lili M. Harrell/*
By: Lili M. Harrell
Deputy Clerk