DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION
dba GLAXOSMITHKLINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DALE SIMS, an individual, and LINDA SIMS, an individual<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE,<br><br>Defendant. | Case No. 08-CV-0364<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME IN WHICH TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time within which defendant SmithKline Beecham Corporation dba GlaxoSmithKline ("GSK") may move, answer, or otherwise respond to Plaintiffs' Complaint is hereby extended until thirty (30) days after the initial status conference held by the Honorable Cynthia M. Rufe, of the United States District Court for the Eastern District of Pennsylvania, in the *In re Avandia Marketing, Sales Practices and Products Liability Litigation*, MDL 1871.[1]

---

[1] The above-entitled action was tagged for transfer to MDL 1871 on February 6, 2008, and awaits transfer by the Judicial Panel on Multidistrict Litigation.

IT IS SO STIPULATED:

| | |
|---|---|
| /S/ *Karen Barth Menzies* | /S/ *Krista L. Cosner* |
| Mark P. Robinson, Jr. | Donald F. Zimmer, Jr. (Bar No. 112279) |
| Karen B. Menzies | Krista L. Cosner (Bar No. 213338) |
| ROBINSON, CALGANIE & ROBINSON | DRINKER BIDDLE & REATH LLP |
| 620 Newport Center Drive, 7th Floor | 50 Fremont Street, 20th Floor |
| Newport Beach, CA 92660 | San Francisco, CA 94105-2235 |
| | |
| W. Mark Lanier | Sean P. Fahey (Pa. Bar No. 73305) |
| Richard D. Meadow | PEPPER HAMILTON, LLP |
| Catherine T. Heacox | 3000 Two Logan Square |
| THE LANIER LAW FIRM, PLLC. | 18th & Arch Streets |
| 126 East 56th Street, 6th Floor | Philadelphia, PA 19103 |
| New York, NY 10022 | |
| | Counsel for Defendant |
| Counsel for Plaintiffs | SmithKline Beecham Corporation |
| | dba GlaxoSmithKline |

Pursuant to stipulation, IT IS SO ORDERED:

Dated: February __, 2008

_____
United States District Court,
Northern District of California