1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
2  KRISTA L. COSNER (State Bar No. 213338)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510

5  Attorneys for Defendant
6  SMITHKLINE BEECHAM CORPORATION
   dba GLAXOSMITHKLINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DALE SIMS, an individual, and LINDA SIMS, an individual<br><br>    Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE,<br><br>    Defendant. | Case No. 08-CV-0364<br><br>Denying<br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME IN WHICH TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time within which defendant SmithKline Beecham Corporation dba GlaxoSmithKline ("GSK") may move, answer, or otherwise respond to Plaintiffs' Complaint is hereby extended until thirty (30) days after the initial status conference held by the Honorable Cynthia M. Rufe, of the United States District Court for the Eastern District of Pennsylvania, in the *In re Avandia Marketing, Sales Practices and Products Liability Litigation*, MDL 1871.[1]

---

[1] The above-entitled action was tagged for transfer to MDL 1871 on February 6, 2008, and awaits transfer by the Judicial Panel on Multidistrict Litigation.

1  IT IS SO STIPULATED:

/S/ *Karen Barth Menzies*  /S/ *Krista L. Cosner*
Mark P. Robinson, Jr.  Donald F. Zimmer, Jr. (Bar No. 112279)
Karen B. Menzies  Krista L. Cosner (Bar No. 213338)
ROBINSON, CALGANIE & ROBINSON  DRINKER BIDDLE & REATH LLP
620 Newport Center Drive, 7th Floor  50 Fremont Street, 20th Floor
Newport Beach, CA 92660  San Francisco, CA 94105-2235

W. Mark Lanier  Sean P. Fahey (Pa. Bar No. 73305)
Richard D. Meadow  PEPPER HAMILTON, LLP
Catherine T. Heacox  3000 Two Logan Square
THE LANIER LAW FIRM, PLLC.  18th & Arch Streets
126 East 56th Street, 6th Floor  Philadelphia, PA 19103
New York, NY 10022

 Counsel for Defendant
Counsel for Plaintiffs  SmithKline Beecham Corporation
 dba GlaxoSmithKline

Pursuant to stipulation, IT IS SO ORDERED:

Dated: February __, 2008



United States District Court,
Northern District of California

DENIED
Judge Samuel Conti

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\393142\1

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME IN WHICH TO RESPOND TO COMPLAINT