DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Donald.Zimmer@dbr.com
Krista.Cosner@dbr.com

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION
dba GLAXOSMITHKLINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DALE SIMS, an individual, and LINDA SIMS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE,<br><br>Defendant. | Case No. 08-CV-0364-SC<br><br>DISCLOSURE STATEMENT OF SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE [F.R.C.P. 7.1] |

The undersigned, counsel of record for Defendant, SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

GlaxoSmithKline plc, a publicly traded company, is the ultimate parent corporation, through several levels of wholly owned subsidiaries, of defendant,

///

///

///

1  SmithKline Beecham Corporation d/b/a GlaxoSmithKline. No publicly held company
2  owns ten percent or more of the stock of GlaxoSmithKline plc.

4  Dated:  February 20, 2008

/S/ *Donald F. Zimmer*
Donald F. Zimmer, Jr. (Bar No. 112279)
Krista L. Cosner (Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235

Counsel for Defendant
SmithKline Beecham Corporation
dba GlaxoSmithKline