DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California  94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION
dba GLAXOSMITHKLINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DALE SIMS, an individual, and LINDA SIMS, an individual<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE,<br><br>Defendant. | Case No. 08-CV-0364<br><br>**STIPULATION EXTENDING DEFENDANT'S TIME IN WHICH TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(a)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned pursuant to Local Rule 6-1(a), that the time within which defendant SmithKline Beecham Corporation dba GlaxoSmithKline ("GSK") may move, answer, or otherwise respond to Plaintiffs' Complaint is hereby extended thirty (30) days to March 26, 2008, to permit transfer to the United States District Court for the Eastern District of Pennsylvania for inclusion in the Multidistrict Litigation *In re Avandia Marketing, Sales Practices and Products Liability Litigation*, MDL 1871.[1]  This extension does not alter any deadline previously fixed by the Court per Local Rule 6-1(a).

---

[1] The above-entitled action was included in Conditional Transfer Order 10 issued February 12, 2008, which provides that, absent objection on or before February 27, 2008, will transfer this action to the

(continued...)

1    Dated:  February 25, 2008

2

3

4

5     /S/ *Karen Barth Menzies*                      /S/ *Krista L. Cosner*

      Mark P. Robinson, Jr.                          Donald F. Zimmer, Jr. (Bar No. 112279)
6     Karen B. Menzies                               Krista L. Cosner (Bar No. 213338)
      ROBINSON, CALGANIE & ROBINSON                  DRINKER BIDDLE & REATH LLP
7     620 Newport Center Drive, 7th Floor            50 Fremont Street, 20th Floor
      Newport Beach, CA 92660                        San Francisco, CA  94105-2235
8

9     W. Mark Lanier                                 Sean P. Fahey (Pa. Bar No. 73305)
      Richard D. Meadow                              PEPPER HAMILTON, LLP
10    Catherine T. Heacox                            3000 Two Logan Square
      THE LANIER LAW FIRM, PLLC.                     18th & Arch Streets
11    126 East 56th Street, 6th Floor                Philadelphia, PA 19103
      New York, NY  10022
12
                                                     Counsel for Defendant
13    Counsel for Plaintiffs                         SmithKline Beecham Corporation
                                                     dba GlaxoSmithKline
14

15

16

17

18

19

20

21

22

23

24

25

26

27    _____
      (continued...)
28    Multidistrict Litigation in United States District Court for the Eastern District of Pennsylvania.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105
SF1\393142\2