A CERTIFIED TRUE COPY

FEB 2 8 2008

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 3·3·08
ATTEST: Tom Dempsey

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 12 2008

FILED
CLERK'S OFFICE

FILED
MAR 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

C 08-0364 SC

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 1871

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-10)**

On October 16, 2007, the Panel transferred two civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2007). Since that time, 62 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Cynthia M. Rufe.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 16, 2007, and, with the consent of that court, assigned to the Honorable Cynthia M. Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

[signature]
Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 2 8 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                                    MDL No. 1871

## SCHEDULE CTO-10 - TAG-ALONG ACTIONS

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|
| CALIFORNIA NORTHERN | |
| CAN 3 08-364 SC | James Dale Sims, et al. v. SmithKline Beecham Corp. |
| FLORIDA MIDDLE | |
| FLM 8 08-89 | Connie Parrish, etc. v. SmithKline Beecham Corp., et al. |
| ILLINOIS SOUTHERN | |
| ILS 3 08-30 | Mamie Coleman v. GlaxoSmithKline |
| INDIANA SOUTHERN | |
| INS 1 08-131 | Rickey Rader v. GlaxoSmithKline PLC, et al. |
| INS 1 08-132 | Paul Larson, etc. v. GlaxoSmithKline PLC, et al. |
| MAINE | |
| ME 1 08-24 | Kathleen E. Harrington v. SmithKline Beecham Corp., et al. |
| MISSOURI WESTERN | |
| MOW 4 08-59 | Gary Roberts v. SmithKline Beecham Corp. |
| NEW YORK EASTERN | |
| NYE 1 08-205 | Michael Benanti, et al. v. SmithKline Beecham Corp., et al. |
| NEW YORK SOUTHERN | |
| NYS 1 08-235 | Kathleen Rouse, etc. v. SmithKline Beecham Corp., et al. |
| NYS 1 08-236 | Doris Moore v. SmithKline Beecham Corp., et al. |
| NYS 1 08-237 | Howard Kinney v. SmithKline Beecham Corp., et al. |

MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

ROOM 2609
(267) 299-7018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

**RECEIVED**

MAR 1 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE:   ADVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION; MDL 1871

Dear Clerk:

Enclosed is a copy of a conditional transfer order (CTO-10) issued by the Judicial Panel on Multidistrict Litigation directing the transfer of the cases listed on the attached schedule to the ED-PA as part of the MDL 1871 assigned to the Honorable Cynthia M. Rufe.

**We will extract the case file and/or documents we require through the pacer website. You will not be required to forward any documents to our district unless directed otherwise. Please docket this certified copy of CTO-10 on your case and we will then log onto pacer and print the required documents. Thank You.**

If you have any questions, please call me at (267) 299-7018.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: *Tom Dempsey*
Tom Dempsey, Deputy Clerk
MDL Docketing Clerk

Enclosure