ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES DALE SIMS, an individual, and LINDA SIMS, an individual<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE,<br><br>Defendant. | Case No. CV-08-0364 SC<br><br>**NOTICE OF CHANGE IN COUNSEL** |

TO THIS COURT, PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE hereby designates the following attorneys from Drinker Biddle & Reath, LLP as counsel of record in this action:

    ALAN J. LAZARUS (State Bar No. 129767)
    KRISTA L. COSNER (State Bar No. 213338)
    DRINKER BIDDLE & REATH LLP
    50 Fremont Street, 20th Floor
    San Francisco, California 94105
    Telephone: (415) 591-7500
    Facsimile: (415) 591-7510

1   Alan.Lazarus@dbr.com
2   Krista.Cosner@dbr.com

3   The following attorney is no longer counsel of record in this action:

4   DONALD F. ZIMMER, JR. (State Bar No. 112279)
5   Donald.Zimmer@dbr.com

6

7   Dated: May 14, 2008                    DRINKER BIDDLE & REATH LLP

8

9   /s/ Alan J. Lazarus
    ALAN J. LAZARUS

10  Attorneys for Defendant
    SMITHKLINE BEECHAM
11  CORPORATION dba
    GLAXOSMITHKLINE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\400114\1   NOTICE OF CHANGE IN COUNSEL                    CASE NO. CV-08-0364 SC

2